UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 4501**

THE A STAR GROUP, LLC,

Plaintiff,

-v-

MANITOBA HYDRO; KPMG LLP (CANADA); KPMG LLP (US); and MANITOBA PUBLIC UTILITIES BOARD,

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

The A Star Group, LLC    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

RECEIVED JUN 28 2013 U.S.D.C. S.D.N.Y. CASHIERS

The A Star Group, LLC does not have any corporate parents, affiliates, and/or subsidiaries which are publicly held.

**Date:** 6/28/2013

**Signature of Attorney**

**Attorney Bar Code:** DS8580