UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
THE A STAR GROUP LLC                          Docket Number: 13 CV 4501 (PAC)
            -against-                         NOTICE OF ASSIGNMENT
MAINTOBA HYDRO, ET AL.
-------------------------------------------------------

    The above-entitled action is:

[] Declined by Hon. ()
       As [] Related / [] Similar to case #:

[] Assigned to the Hon. ()
  [] Designated / [] Redesignated Hon. (), Magistrate Judge

[X] Accepted by Hon. PAUL A. CROTTY (PAC)
       as [] Related/ [X] Similar to case #: 12 CV 8198
[X] Designated / [] Redesignated Hon. SARAH NETBURN (SN), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

                                          Ruby J. Krajick
                                          Clerk of Court

Dated: 7/8/2013                               By:     Philip Guarnieri
                                                            Deputy Clerk