UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE A STAR GROUP, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>MANITOBA HYDRO; KPMG LLP (CANADA); KPMG LLP (US); and MANITOBA PUBLIC UTILITIES BOARD,<br><br>              Defendants. | Case No. 13-cv-4501 (PAC)<br><br>**Oral Argument Requested**<br><br>**ECF CASE** |

# EXHIBIT A

*to the*

DECLARATION OF KENNETH E. LEE IN SUPPORT OF DEFENDANT
THE PUBLIC UTILITIES BOARD OF MANITOBA'S MOTION TO
<u>DISMISS THE COMPLAINT AND STRIKE THE DEMAND FOR A JURY TRIAL</u>



# MANITOBA

**THE MANITOBA HYDRO ACT**

C.C.S.M. c. H190

**LOI SUR L'HYDRO-MANITOBA**

c. H190 de la *C.P.L.M.*

| | |
|---|---|
| This is an unofficial consolidation showing the provisions of the Act in force as of the date shown below.<br><br>The official sources for this Act are the original Act and any amending Acts, as published by the Queen's Printer. | La présente loi est une codification non officielle indiquant les dispositions qui sont en vigueur à la date indiquée ci-dessous.<br><br>La loi originale et, le cas échéant, les lois modificatives publiées par l'Imprimeur de la Reine sont les sources officielles de la présente loi. |

Last consolidated: 2012-06-14  
Current as of: 2013-11-19

Date de codification : 2012-06-14  
À jour en date du : 2013-11-19

| CHAPTER  H190 | CHAPITRE  H190 |
|---|---|
| THE MANITOBA HYDRO ACT | LOI SUR L'HYDRO-MANITOBA |

HER MAJESTY, by and with the advice and consent of the Legislative Assembly of Manitoba, enacts as follows:

**Definitions**
**1** In this Act,

**"board"** means the board for which provision is made in section 5; (« conseil »)

**"compliance body"** means a body authorized under clause 15.0.1(1)(d) to monitor compliance with reliability standards in Manitoba; (« organisme de contrôle »)

**"corporation"** means The Manitoba Hydro-Electric Board continued by this Act and otherwise referred to as Manitoba Hydro; (« Régie »)

**"customer"** includes any user or purchaser of power or any potential user or purchaser of power; (« client »)

**"fuels"** means all forms of energy other than electrical power, and includes, without limitation, natural, manufactured and mixed gas, liquefied petroleum gas, oil and coal; (« combustibles »)

**"generation"** means production by hydraulic, electrical, pneumatic, steam, internal combustion engine, gas, oil, atomic, or any other process; (« production »)

SA MAJESTÉ, sur l'avis et du consentement de l'Assemblée législative du Manitoba, édicte :

**Définitions**
**1** Les définitions qui suivent s'appliquent à la présente loi.

**« biens »** Biens de toute nature y compris les meubles, les immeubles, les biens réels, les biens personnels, les biens mixtes ainsi que les biens corporels et incorporels. ("property")

**« biens-fonds »** Biens réels de toute nature, y compris les tènements, héritages et dépendances, propriétés à bail et tout domaine, durée, servitude, droit ou intérêt afférent à un bien-fonds, notamment un droit de passage ainsi que les eaux et les droits, pouvoirs et privilèges relatifs à l'eau. ("land")

**« client »** Est assimilé au client l'utilisateur ou l'acheteur, actuel ou potentiel, d'énergie. ("customer")

**« combustibles »** Toute autre forme d'énergie que l'électricité. La présente définition vise notamment le gaz naturel, manufacturé et mixte, le gaz de pétrole liquéfié, le pétrole et le charbon. ("fuels")

**« conseil »** Le conseil prévu à l'article 5. ("board")

HYDRO-MANITOBA                                                                                      L.R.M. 1987, c. H190

**Purposes and objects of Act**

**2**     The purposes and objects of this Act are to provide for the continuance of a supply of power adequate for the needs of the province, and to engage in and to promote economy and efficiency in the development, generation, transmission, distribution, supply and end-use of power and, in addition, are

(a) to provide and market products, services and expertise related to the development, generation, transmission, distribution, supply and end-use of power, within and outside the province; and

(b) to market and supply power to persons outside the province on terms and conditions acceptable to the board.

S.M. 1997, c. 55, s. 3.

**Objets de la présente loi**

**2**     La présente loi a pour objets d'assurer le maintien d'une réserve d'énergie permettant de répondre aux besoins de la province, et de développer l'exploitation, la production, le transport, la distribution, la fourniture et l'utilisation finale de l'énergie et de promouvoir l'économie et l'efficacité dans ces opérations; elle a également pour objets :

a) de fournir et de commercialiser des produits, des services et des compétences ayant trait à l'exploitation, à la production, au transport, à la distribution, à la fourniture et à l'utilisation finale de l'énergie, tant à l'intérieur qu'à l'extérieur de la province;

b) de commercialiser l'énergie et d'en fournir aux personnes de l'extérieur de la province à des conditions que juge acceptables le conseil.

L.M. 1997, c. 55, art. 3.

Act continues on page 5.                                                                                       Suite à la page 5.

04/12                                                                                                                                                  4.1
Last consolidated: 2012-06-14                                                                      Date de codification : 2012-06-14
Current as of: 2013-11-19                                                                          À jour en date du : 2013-11-19

(b) appoint and employ such officers and employees of the corporation as the board deems necessary for the transaction of the business of the corporation and prescribe the duties of any such officers and employees and fix their remuneration;

(c) obtain the services of such engineers, accountants, and other professional persons as the board deems necessary for the proper and convenient transaction of the business of the corporation, and fix their remuneration;

(d) make such inquiries and investigations into all or any matters, relating to the development, generation, transmission, distribution, supply, purchase, or use of power, actual or potential, at such times and places and in such manner as seems advisable to the board.

**Corporation has powers of a natural person**
**15(1.1)** In addition to the other powers set forth in this Act and subject to the limitations set forth in this Act, the corporation has the capacity, rights, powers and privileges of a natural person to carry out its purposes and objects and to carry on related business ventures, on such terms and conditions as the board deems proper.

**Power to carry out purposes and objects of Act**
**15(1.2)** Subject to subsection (1.3) and section 15.1, the corporation, or any subsidiary, may

(a) carry out the purposes and objects of this Act; or

(b) carry on related business ventures;

on behalf of the corporation, or the subsidiary, or, by way of a partnership, joint venture or any similar arrangement, with any other person, or by way of a company in which the corporation or a subsidiary owns shares or securities.

b) nommer et employer les cadres et employés qu'ils estiment utiles à la Régie pour mener ses affaires et prescrire les tâches de ces cadres et employés et établir leur rémunération;

c) assurer les services des ingénieurs, comptables et des autres professionnels que le conseil estime nécessaires pour la bonne marche des affaires de la Régie et établir leur rémunération;

d) faire les enquêtes ou recherches dans tout domaine relatif à la mise en exploitation, à la production, au transport, à la distribution, à la fourniture, à l'achat ou à l'utilisation d'énergie existante ou à venir au moment, au lieu et de la manière qu'il estime appropriés.

**Pouvoirs d'une personne physique**
**15(1.1)** En plus des autres pouvoirs que lui confère la présente loi mais sous réserve des restrictions que prévoit celle-ci, la Régie a la capacité, les droits, les pouvoirs et les privilèges d'une personne physique aux fins de la réalisation de ses objets et de l'exercice d'entreprises commerciales connexes, aux conditions que juge acceptables le conseil.

**Pouvoirs de réaliser les objets de la *Loi***
**15(1.2)** Sous réserve du paragraphe (1.3) et de l'article 15.1, la Régie ou une de ses filiales peut, en son propre nom :

a) réaliser les objets de la présente loi;

b) exercer des entreprises commerciales connexes.

Elle peut également le faire par le biais d'une société en nom collectif, d'une entreprise en participation ou d'une entité semblable mise sur pied avec une autre personne ou par le biais d'une compagnie dans laquelle la Régie elle-même ou une de ses filiales possède des actions ou des valeurs mobilières.

10                                                                                                                       10/97
Last consolidated: 2012-06-14                                        Date de codification : 2012-06-14
Current as of: 2013-11-19                                            À jour en date du : 2013-11-19