UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE A STAR GROUP, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>MANITOBA HYDRO; KPMG LLP (CANADA); KPMG LLP (US); and MANITOBA PUBLIC UTILITIES BOARD,<br><br>              Defendants. | Case No. 13-cv-4501 (PAC)<br><br>**Oral Argument Requested**<br><br>**ECF CASE** |

# EXHIBIT B

*to the*

DECLARATION OF KENNETH E. LEE IN SUPPORT OF DEFENDANT
THE PUBLIC UTILITIES BOARD OF MANITOBA'S MOTION TO
<u>DISMISS THE COMPLAINT AND STRIKE THE DEMAND FOR A JURY TRIAL</u>



# MANITOBA

| | |
|---|---|
| **THE CROWN CORPORATIONS PUBLIC REVIEW AND ACCOUNTABILITY ACT** | **LOI SUR L'EXAMEN PUBLIC DES ACTIVITÉS DES CORPORATIONS DE LA COURONNE ET L'OBLIGATION REDDITIONNELLE DE CELLES-CI** |
| C.C.S.M. c. C336 | c. C336 de la *C.P.L.M.* |

This is an unofficial consolidation showing the provisions of the Act in force as of the date shown below.

The official sources for this Act are the original Act and any amending Acts, as published by the Queen's Printer.

La présente loi est une codification non officielle indiquant les dispositions qui sont en vigueur à la date indiquée ci-dessous.

La loi originale et, le cas échéant, les lois modificatives publiées par l'Imprimeur de la Reine sont les sources officielles de la présente loi.

Last consolidated: 2008-10-09  
Current as of: 2013-11-20

Date de codification : 2008-10-09  
À jour en date du : 2013-11-20

OBLIGATION REDDITIONNELLE DES CORPORATIONS					L.M. 1988-89, c. 23 — Chap. C336

## PART IV

### PUBLIC UTILITIES BOARD REVIEW OF RATES

**Hydro and MPIC rates review**
**26(1)** Notwithstanding any other Act or law, rates for services provided by Manitoba Hydro and the Manitoba Public Insurance Corporation shall be reviewed by The Public Utilities Board under *The Public Utilities Board Act* and no change in rates for services shall be made and no new rates for services shall be introduced without the approval of The Public Utilities Board.

**Definition, "rates for services"**
**26(2)** For the purposes of this Part, **"rates for services"** means

(a) repealed, S.M. 1995, c. 33, s. 5;

(b) in the case of Manitoba Hydro, prices charged by that corporation with respect to the provision of power as defined in *The Manitoba Hydro Act*;

(c) in the case of the Manitoba Public Insurance Corporation, rate bases and premiums charged with respect to compulsory driver and vehicle insurance provided by that corporation.

**Application of Public Utilities Board Act**
**26(3)** *The Public Utilities Board Act* applies with any necessary changes to a review pursuant to this Part of rates for services.

**Factors to be considered, hearings**
**26(4)** In reaching a decision pursuant to this Part, The Public Utilities Board may

(a) take into consideration

(i) the amount required to provide sufficient moneys to cover operating, maintenance and administration expenses of the corporation,

(ii) interest and expenses on debt incurred for the purposes of the corporation by the government,

(iii) interest on debt incurred by the corporation,

## PARTIE IV

### EXAMEN DES TARIFS PAR LA RÉGIE DES SERVICES PUBLICS

**Examen des tarifs**
**26(1)** Malgré toute autre loi ou règle de droit, les tarifs afférents aux services fournis par l'Hydro-Manitoba et la Société d'assurance publique du Manitoba sont examinés en vertu de la *Loi sur la Régie des services publics* par la Régie des services publics et aucun changement dans ces tarifs ne peut être effectué de même qu'aucun nouveau tarif ne peut être introduit sans l'approbation de celle-ci.

**Sens de « tarifs »**
**26(2)** Pour l'application de la présente partie, le terme **« tarifs »** s'entend :

a) abrogé, L.M. 1995, c. 33, art. 5;

b) dans le cas de l'Hydro-Manitoba, des prix fixés par cette corporation relativement à la fourniture d'énergie au sens de la *Loi sur l'Hydro-Manitoba*;

c) dans le cas de la Société d'assurance publique du Manitoba, des bases de taux utilisées ainsi que des primes exigées à l'égard de l'assurance-automobile obligatoire fournie par cette corporation.

**Application de certaines dispositions**
**26(3)** La *Loi sur la Régie des services publics* s'applique, avec les adaptations de circonstance, à tout examen que vise la présente partie et qui porte sur les tarifs afférents à des services.

**Éléments à considérer**
**26(4)** Afin de prendre une décision en vertu de la présente partie, la Régie des services publics peut :

a) tenir compte :

(i) des besoins financiers de la corporation pour qu'elle puisse assumer ses dépenses de fonctionnement, d'entretien et d'administration,

(ii) des intérêts et des frais relatifs aux dettes que le gouvernement contracte pour les besoins de la corporation,

(iii) des intérêts sur les dettes de la corporation,

01/96					15
Last consolidated: 2008-10-09			Date de codification : 2008-10-09
Current as of: 2013-11-20			À jour en date du : 2013-11-20

(iv) reserves for replacement, renewal and obsolescence of works of the corporation,

(v) any other reserves that are necessary for the maintenance, operation, and replacement of works of the corporation,

(vi) liabilities of the corporation for pension benefits and other employee benefit programs;

(vii) any other payments that are required to be made out of the revenue of the corporation,

(viii) any compelling policy considerations that the board considers relevant to the matter,

(ix) any other factors that the board considers relevant to the matter; and

(b) hear submissions from any persons or groups or classes of persons or groups who, in the opinion of the board, have an interest in the matter.

(iv) des sommes à mettre en réserve pour le remplacement, la rénovation et le vieillissement économique des ouvrages de la corporation,

(v) des autres sommes à mettre en réserve qui sont nécessaires à l'entretien, à l'exploitation et au remplacement des ouvrages de la corporation,

(vi) des obligations de la corporation relativement aux programmes d'avantages destinés aux employés, y compris les prestations de pension,

(vii) des autres paiements qui doivent être faits sur les revenus de la corporation,

(viii) des considérations de principe importantes qu'elle estime pertinentes à l'affaire,

(ix) des autres éléments qu'elle estime pertinents à l'affaire;

b) entendre les présentations des personnes, des groupes ou des catégories de personnes ou de groupes qui, à son avis, ont un intérêt dans l'affaire.

**MPIC**
**26(5)**   In the case of a review pursuant to this Part of rates for services of the Manitoba Public Insurance Corporation, The Public Utilities Board may take into consideration, in addition to factors described in subsection (4), all elements of insurance coverage affecting insurance rates.

S.M. 1995, c. 33, s. 5.

**Société d'assurance publique**
**26(5)**   Dans le cas d'un examen visé à la présente partie et portant sur les tarifs afférents aux services de la Société d'assurance publique du Manitoba, la Régie des services publics peut prendre en considération, en plus des éléments mentionnés au paragraphe (4), tous les éléments de la garantie d'assurance qui touchent les taux d'assurance.

L.M. 1995, c. 33, art. 5.

**Multi-year approvals**
**27(1)**   A corporation may submit for the approval of The Public Utilities Board pursuant to this Part proposals regarding rates for services relating to a period of not more than three years and the board shall identify in its order the change approved, if any, with respect to each year.

**Approbation portant sur plus d'une année**
**27(1)**   Une corporation peut soumettre à l'approbation de la Régie des services publics conformément à la présente partie des propositions concernant les tarifs afférents aux services qu'elle fournit et portant sur une période maximale de trois ans; la Régie précise dans son ordonnance le changement qui est approuvé, le cas échéant, à l'égard de chaque année.

16                                                                                                                01/96
Last consolidated: 2008-10-09                                                    Date de codification : 2008-10-09
Current as of: 2013-11-20                                                        À jour en date du : 2013-11-20