UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE A STAR GROUP, LLC,

            Plaintiff,

   v.

MANITOBA HYDRO; KPMG LLP (CANADA); KPMG LLP (US); and MANITOBA PUBLIC UTILITIES BOARD,

            Defendants.

Case No. 13-cv-4501 (PAC)

**Oral Argument Requested**

**ECF CASE**

# EXHIBIT C

*to the*

**DECLARATION OF KENNETH E. LEE IN SUPPORT OF DEFENDANT
THE PUBLIC UTILITIES BOARD OF MANITOBA'S MOTION TO
<u>DISMISS THE COMPLAINT AND STRIKE THE DEMAND FOR A JURY TRIAL</u>**



# MANITOBA

| | |
|---|---|
| **THE PUBLIC UTILITIES BOARD ACT** | **LOI SUR LA RÉGIE DES SERVICES PUBLICS** |
| C.C.S.M. c. P280 | c. P280 de la *C.P.L.M.* |

| | |
|---|---|
| This is an unofficial consolidation showing the provisions of the Act in force as of the date shown below. | La présente loi est une codification non officielle indiquant les dispositions qui sont en vigueur à la date indiquée ci-dessous. |
| The official sources for this Act are the original Act and any amending Acts, as published by the Queen's Printer. | La loi originale et, le cas échéant, les lois modificatives publiées par l'Imprimeur de la Reine sont les sources officielles de la présente loi. |

| | |
|---|---|
| Last consolidated: 2012-04-01<br>Current as of: 2013-11-20 | Date de codification : 2012-04-01<br>À jour en date du : 2013-11-20 |

**Disabilities of members**
**14(1)** No member, during his term of office, shall hold any office or carry on any business or employment inconsistent with the performance of his duties under this Act; nor shall he, directly or indirectly,

(a) hold, acquire, or become interested, for his own behalf, in or in any securities, of a public utility or an owner of a public utility or of a company that is the only or principal shareholder of the owner of a public utility;

(b) have an interest in any device, appliance, machine, patented process, or article, or in any part thereof, which may be used for the purposes of the business of a public utility.

**Disposal by members of certain things owned or acquired**
**14(2)** If a member holds any security or interest to which subsection (1) relates, or any interest therein, when he is appointed a member, or if thereafter, and while he is a member, he acquires it by succession or by will, he shall, within six months after his appointment or subsequent acquisition, as the case may be, alienate it or his interest therein.

## SITTINGS OF THE BOARD

**Place of office of board**
**15(1)** The government shall provide the board with suitable quarters, furniture, and facilities for the holding of its sittings and the transaction of its business generally.

**Conduct of sitting**
**15(2)** The board shall sit at such times and places within the province as the chairman may designate, and shall conduct its proceedings in such manner as may seem to it most convenient for the speedy and effectual dispatch of business.

**Public hearings**
**15(3)** All sittings of the board or of a member for hearing applications and taking evidence shall be open to the public.

**Quorum**
**15(4)** Save as herein otherwise provided, two members of the board constitute a quorum of the board.

**Incompatibilités**
**14(1)** Un membre ne peut, pendant la durée de son mandat, exercer une fonction, une activité ou un emploi incompatible avec l'exercice des fonctions que lui assigne la présente loi. De même, il ne peut, directement ou indirectement :

a) détenir ou acquérir pour son propre compte des valeurs mobilières d'un service public, du propriétaire d'un service public ou d'une compagnie qui est la seule ou la principale actionnaire du propriétaire d'un service public, ni avoir un intérêt dans de telles valeurs;

b) avoir un intéret dans un mécanisme, un appareil, une machine, un procédé breveté, un article ou une partie quelconque de ceux-ci, susceptibles d'être utilisés pour les fins des activités d'un service public.

**Aliénation de certains biens par les membres**
**14(2)** Le membre qui, lors de sa nomination, détient une valeur mobilière ou a un intérêt auquel s'applique le paragraphe (1), ou un intérêt dans ces derniers, ou qui, après sa nomination, les acquiert par succession ou par testament, doit les aliéner dans un délai de six mois après sa nomination ou l'acquisition.

## SÉANCES DE LA RÉGIE

**Bureaux de la Régie**
**15(1)** Le gouvernement fournit à la Régie des locaux, du mobilier et des installations propres à assurer la tenue de ses séances et l'exercice de ses activités en général.

**Conduite des séances**
**15(2)** Le président peut fixer le moment et le lieu où la Régie siège dans la province. La Régie mène ses instances de manière à assurer un traitement prompt et efficace de ses affaires.

**Séances publiques**
**15(3)** Les séances de la Régie ou d'un de ses membres pour entendre les demandes et recueillir la preuve sont ouvertes au public.

**Quorum**
**15(4)** Sauf disposition contraire de la présente loi, le quorum de la Régie est constitué par deux membres.

**Non-personal liability of board and employees**
**23**     Neither the members, nor the secretary of the board, nor any employee under the board, is personally liable for anything done by it or by him under the authority of this or any other Act of the Legislature.

**Immunité de la Régie et de ses employés**
**23**     Les membres, le secrétaire et les employés de la Régie ne sont pas personnellement tenus des actes qu'ils accomplissent en application de la présente loi ou d'une autre loi de la Législature.

## PROCEDURE

## PROCÉDURE

**Procedure governed by rules**
**24(1)**     All hearings and investigations conducted by the board shall be governed by rules adopted by the board.

**Règles applicables à la procédure**
**24(1)**     Les audiences et les investigations de la Régie sont soumises aux règles qu'elle adopte.

**Rules of evidence not binding on board**
**24(2)**     The board is not bound by the technical rules of legal evidence.

**Règles du droit de la preuve**
**24(2)**     La Régie n'est pas liée par les règles formelles du droit de la preuve.

**Rules of practice, their publication**
**24(3)**     The board may make rules of practice, not inconsistent with this Act, regulating its procedure and the times of its sittings, but the rules do not come into force until they are published in *The Manitoba Gazette*.

**Publication des règles de pratique**
**24(3)**     La Régie peut établir des règles de pratique, compatibles avec la présente loi, concernant sa procédure et les dates de ses séances.  Ces règles n'entrent en vigueur qu'après publication dans la *Gazette du Manitoba*.

**Board to have powers of Court of Queen's Bench in certain matters**
**24(4)**     The board, except as herein otherwise provided, as respects the attendance and examination of witnesses, the amendment of proceedings, the production and inspection of documents, the enforcement of its orders, the payment of costs, and all other matters necessary or proper for the due exercise of its powers, or otherwise for carrying any of its powers into effect, has all such powers, rights, and privileges as are vested in the Court of Queen's Bench or a judge thereof.

**Pouvoirs de la Régie en certaines matières**
**24(4)**     Sauf disposition contraire de la présente loi, la Régie a les pouvoirs, les droits et les privilèges conférés à la Cour du Banc de la Reine ou à un juge de celle-ci en ce qui concerne la comparution et l'interrogatoire des témoins, la modification d'actes de procédure, la production et l'inspection de documents, l'exécution de ses ordonnances, le paiement des frais ainsi que toute autre mesure nécessaire ou appropriée au bon exercice de ses pouvoirs ou à leur mise en oeuvre.

**Witnesses**
**24(5)**     The procedure relating to the attendance of witnesses before the board is that from time to time in force in the Court of Queen's Bench; but a summons to a witness may be signed by a member or secretary of the board.

**Témoins**
**24(5)**     La procédure relative à la comparution des témoins devant la Régie est celle en vigueur devant la Cour du Banc de la Reine.  Cependant, un membre ou le secrétaire de la Régie peut signer une assignation à témoin.

**Effect of publication in Gazette**
**53** Courts shall take judicial notice of every order, rule, regulation, or decision of the board when published by the board in one issue of *The Manitoba Gazette*.

**Finality of orders**
**54** Subject only to the right of appeal for which provision is hereinafter made, and to subsection 44(3), every decision or order of the board is final.

## PENALTY

**General penalty**
**55** Every person who violates any provision of this Act or any order, regulation, or direction of the board, for the violation of which no other penalty is provided by law, is guilty of an offence and is liable, on summary conviction, to a fine of not more than $500. and costs, and, in default of payment, to imprisonment for a term not exceeding six months.

## COSTS

**Costs in discretion of board**
**56(1)** The costs of, and incidental to, any proceeding before the board are in the discretion of the board, and may be fixed in any case at a sum certain or may be taxed.

**Order for payment of costs**
**56(2)** The board may order by whom, and to whom, any costs are to be paid, and by whom the costs are to be taxed and allowed.

**Scale of costs**
**56(3)** The board may prescribe a scale under which the costs shall be taxed.

---

S.M. 1997, c. 11, s. 4.

**Effet de la publication dans la Gazette**
**53** Les tribunaux admettent d'office les ordonnances, règles, règlements ou décisions de la Régie lorsqu'ils sont publiés par celle-ci dans un numéro de la *Gazette du Manitoba*.

**Caractère définitif des ordonnances**
**54** Sous réserve du droit d'appel prévu ci-après et du paragraphe 44(3), toute décision ou ordonnance de la Régie est définitive.

## PEINE

**Peine générale**
**55** Quiconque viole une disposition de la présente loi, une ordonnance, un règlement ou une directive de la Régie, pour la violation duquel aucune autre peine n'est prévue par la loi, commet une infraction et se rend passible, sur déclaration sommaire de culpabilité, d'une amende maximale de 500 $, plus les frais et, à défaut de paiement, d'un emprisonnement pour une période maximale de six mois.

## FRAIS

**Frais**
**56(1)** Les frais qu'entraînent une procédure exercée devant la Régie sont laissés à la discrétion de la Régie et peuvent, dans tous les cas, être fixés à une somme déterminée ou être taxés.

**Ordonnance de paiement des frais**
**56(2)** La Régie peut ordonner par qui et à qui les frais seront payés et par qui ils seront taxés et adjugés.

**Tarif**
**56(3)** La Régie peut établir un tarif d'après lequel les frais seront taxés.

---

L.M. 1997, c. 11, art. 4.

23

PUBLIC UTILITIES BOARD                                                                                               R.S.M. 1987, c. P280

## FEES

**Tariff of fees**
**57(1)** Subject to the approval of the Lieutenant Governor in Council, the board may prescribe a tariff of the fees that shall be paid to the board by owners of public utilities and persons who are parties to, or interested in, matters coming before the board in respect of which no fee is otherwise prescribed.

**Deposit before certain inquiries made**
**57(2)** The board may also require that, before beginning any investigation on the complaint of any person, the person complaining shall deposit with the board such sum as may be deemed necessary to make the investigation, and the deposit shall be returned in whole or in part to the person complaining if, upon investigation, the complaint is found justified or partly justified, or to be less costly to investigate than was deemed necessary when the deposit was made, as the case may be; otherwise the deposit is forfeited to the board.

**Audit**
**57(3)** The accounts of the board are subject to audit by the Auditor General, and all moneys to the credit of the board in the accounts shall be paid into the Consolidated Fund at the end of each fiscal year of the province or at such time or times as the Lieutenant Governor in Council may order.

S.M. 2001, c. 39, s. 31.

## APPEAL

**Grounds of appeal**
**58(1)** An appeal lies from any final order or decision of the board to The Court of Appeal upon

(a) any question involving the jurisdiction of the board; or

(b) any point of law; or

(c) any facts expressly found by the board relating to a matter before the board.

## DROITS

**Tarif des droits**
**57(1)** Sous réserve de l'approbation du lieutenant-gouverneur en conseil, la Régie peut adopter un tarif des droits à payer par les propriétaires de services publics et par les personnes parties ou intéressées aux affaires dont la Régie est saisie dans le cas où aucun droit n'est par ailleurs prévu.

**Dépôt avant enquête**
**57(2)** La Régie peut également exiger que l'auteur d'une plainte dépose auprès d'elle, pour les frais de l'enquête, la somme qu'elle estime nécessaire avant de commencer une enquête sur la plainte. Tout ou partie du dépôt est retourné au plaignant, si la plainte, après enquête, se trouve entièrement ou partiellement fondée ou si le coût de l'enquête se révèle moins onéreux qu'il n'avait été estimé au moment du dépôt. Dans les autres cas, le dépôt revient à la Régie.

**Vérification**
**57(3)** Les comptes de la Régie sont soumis à la vérification du vérificateur général et toutes les sommes portées au crédit de la Régie sont versées au Trésor à la fin de chaque exercice de la province ou aux dates fixées par le lieutenant-gouverneur en conseil.

L.M. 2001, c. 39, art. 31.

## APPEL

**Moyens d'appel**
**58(1)** Les ordonnances ou les décisions définitives de la Régie sont susceptibles d'appel à la Cour d'appel, si elles portent sur :

a) une question relative à la compétence de la Régie;

b) une question de droit;

c) les faits que la Régie a expressément déclarés se rapporter à l'affaire dont elle était saisie.