UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE A STAR GROUP, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>MANITOBA HYDRO; KPMG LLP (CANADA); KPMG LLP (US); and MANITOBA PUBLIC UTILITIES BOARD,<br><br>                Defendants. | Case No. 13-cv-4501 (PAC)<br><br>**Oral Argument Requested**<br><br>**ECF CASE** |

# EXHIBIT G

*to the*

**DECLARATION OF KENNETH E. LEE IN SUPPORT OF DEFENDANT
THE PUBLIC UTILITIES BOARD OF MANITOBA'S MOTION TO
<u>DISMISS THE COMPLAINT AND STRIKE THE DEMAND FOR A JURY TRIAL</u>**

| | |
|---|---|
| M A N I T O B A | Order No. 62/10 |
| THE PUBLIC UTILITIES BOARD ACT | |
| THE MANITOBA HYDRO ACT | |
| THE CROWN CORPORATIONS PUBLIC REVIEW AND ACCOUNTABILITY ACT | June 16, 2010 |

BEFORE:   Graham Lane, C.A., Chairman
          Robert Mayer, Q.C., Vice-Chair
          Len Evans, LLD, Member

PROCEDURAL ORDER:
MANITOBA HYDRO GENERAL RATE APPLICATION
FOR 2010/2011 AND 2011/12 RATES

- 2 -

**WHEREAS** The Public Utilities Board has, in Order 30/10 provided for the review of Manitoba Hydro's risks and risk management as part of Manitoba Hydro's 2010/11 and 2011/12 General Rate Application hearing process;

**AND WHEREAS** The Public Utilities Board has also provided for the engagement of Independent Experts and their legal counsel to assist in the risk review process;

**AND WHEREAS** The Public Utilities Board has also provided a New York Consultant with the opportunity to submit proposed redactions to various reports;

**AND WHEREAS** the costs of, and incidental to, proceedings before The Public Utilities Board are in the discretion of The Public Utilities Board;

**AND WHEREAS** The Public Utilities Board may order by whom, and to whom, any costs are to be paid;

**AND WHEREAS** The Public Utilities Board will review and may approve, for Manitoba Hydro's payment, certain costs by the Independent Experts, the New York Consultant and their respective counsels;

**AND WHEREAS** Manitoba Hydro has requested formalization of its requirement to pay the costs as approved by The Public Utilities Board;

Board decisions may be appealed in accordance with the provisions of Section 58 of *The Public Utilities Board Act*, or reviewed in accordance with section 36 of the Board's Rules of Practice and Procedure. The Board's Rules may be viewed on the Board's website at www.pub.gov.mb.ca.

- 3 -

**IT IS THEREFORE ORDERED THAT:**

1. Manitoba Hydro pay, as soon as possible, and in any event within thirty (30) days from receipt of The Public Utilities Board's approval, the costs of the Independent Experts, the New York Consultant and their respective counsels.

                                          THE PUBLIC UTILITIES BOARD

                                          "GRAHAM LANE, CA"
                                          Chairman

"GERRY GAUDREAU, CMA"
Secretary

                                          Certified a true copy of Order No. 62/10 issued by The Public Utilities Board

                                          _____
                                          Secretary