UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE A STAR GROUP, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>MANITOBA HYDRO; KPMG LLP (CANADA); KPMG LLP (US); and MANITOBA PUBLIC UTILITIES BOARD,<br><br>    Defendants. | Case No. 13-cv-4501 (PAC)<br><br>**Oral Argument Requested**<br><br>**ECF CASE** |

# EXHIBIT K

*to the*

DECLARATION OF KENNETH E. LEE IN SUPPORT OF DEFENDANT
THE PUBLIC UTILITIES BOARD OF MANITOBA'S MOTION TO
<u>DISMISS THE COMPLAINT AND STRIKE THE DEMAND FOR A JURY TRIAL</u>

- 1 -

File Number: CI10-01-68389

## QUEENS BENCH
## WINNIPEG CENTER

BETWEEN:

THE A STAR GROUP, INC

("Petitioner")

- and –

THE PUBLIC UTILITIES BOARD

("Respondent")

## NOTICE OF DISCONTINUATION

1. A notice of application has been served on the Respondent on Sep 23 2010.

2. The Plaintiff wholly discontinues this action.

Date: November 9, 2012         Signed: _____

The A Star Group, Inc
154 Reade Street, 2nd Floor
New York, NY, 10013

To: Public Utilities Board
330 Portage Avenue, Room 400
Winnipeg, Manitoba, R3C OC4