UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE A STAR GROUP, LLC,<br><br>     Plaintiff,<br><br> v.<br><br>MANITOBA HYDRO; KPMG LLP (CANADA); KPMG LLP (US); and MANITOBA PUBLIC UTILITIES BOARD,<br><br>     Defendants. | Case No. 13-cv-4501 (PAC)<br><br>**Oral Argument Requested**<br><br>**ECF CASE** |

# EXHIBIT L

*to the*

**DECLARATION OF KENNETH E. LEE IN SUPPORT OF DEFENDANT THE PUBLIC UTILITIES BOARD OF MANITOBA'S MOTION TO <u>DISMISS THE COMPLAINT AND STRIKE THE DEMAND FOR A JURY TRIAL</u>**



# File Details

### (AI10-30-07442 THE A STAR GROUP INC. AND OTHERS vs THE PUBLIC UTILITIES BOARD)

## Documents Filed (AI10-30-07442)

| Doc # | Reg Date | Court Location | Document | Notes |
|---|---|---|---|---|
| 1 | 19-Oct-2010 | Court of Appeal | NOTICE OF MOTION | LEAVE TO APPEAL - PUBLIC UTILITIES BOARD-MOTION DEEMED ABANDONED BY REGISTRAR JULY 23/12 |
| 2 | 26-Oct-2010 | Court of Appeal | CORRESPONDENCE - TO | APPLICANT |
| 3 | 29-Oct-2010 | Court of Appeal | AFFIDAVIT OF SERVICE | OF NOTICE OF MOTION, ON THE MANITOBA HYDRO ELECTRIC BOARD, SERVED 27OCT2010 |
| 4 | 01-Nov-2010 | Court of Appeal | AFFIDAVIT OF SERVICE | NOTICE OF MOTION, ON R.F. PETERS & THE PUBLIC UTILITIES BOARD, 19OCT2010 |
| 5 | 03-Nov-2010 | Court of Appeal | CORRESPONDENCE - FROM | A.L. SOUTHALL, 03NOV2010 |
| 6 | 08-Nov-2010 | Court of Appeal | CORRESPONDENCE - TO | APPLICANT |
| 7 | 09-Nov-2010 | Court of Appeal | CORRESPONDENCE - FROM | P. J. RAMAGE, 08NOV2010 |
| 8 | 09-Nov-2010 | Court of Appeal | CORRESPONDENCE - FROM | APPLICANT, 09NOV2010 |
| 9 | 10-Nov-2010 | Court of Appeal | CORRESPONDENCE - FROM | R. KRAVETSKY, 10NOV2010 |
| 10 | 12-Nov-2010 | Court of Appeal | CORRESPONDENCE - FROM | A. L. SOUTHALL, 10NOV2010 |
| 11 | 16-Nov-2010 | Court of Appeal | CORRESPONDENCE - TO | APPLICANT |
| 12 | 24-Nov-2010 | Court of Appeal | CORRESPONDENCE - FROM | APPLICANT |
| 13 | 30-Nov-2010 | Court of Appeal | CORRESPONDENCE - TO | APPLICANT |
| 14 | 01-Dec-2010 | Court of Appeal | CORRESPONDENCE - FROM | APPLICANT |
| 15 | 02-Dec-2010 | Court of Appeal | CORRESPONDENCE - TO | APPLICANT |
| 16 | 07-Dec-2010 | Court of Appeal | NON-DIARY MOTION/APPLICATION | AMENDED NOTICE OF MOTION |

| | | | | |
|---|---|---|---|---|
| 17 | 08-Dec-2010 | Court of Appeal | AFFIDAVIT | DIRECTOR/PRINCIPAL OF THE A STAR GROUP, 07DEC2010 |
| 18 | 13-Dec-2010 | Court of Appeal | CORRESPONDENCE - FROM | A. L. SOUTHALL, 10DEC2010 |
| 19 | 16-Dec-2010 | Court of Appeal | CORRESPONDENCE - FROM | W. G. MCGETRIDGE, 15DEC2010 |

## Parties (AI10-30-07442)

| Party ID | Party Name | Lawyer |
|---|---|---|
| AP001 | A STAR GROUP INC, THE | IN PERSON |
| AP002 | PRINCIPAL OF THE A STAR GROUP INC, THE | IN PERSON |
| RE001 | PUBLIC UTILITIES BOARD ("PUB"), THE | PETERS, ROBERT F. |

## Full Title of Proceedings (AI10-30-07442)

BETWEEN: THE A STAR GROUP INC. AND THE PRINCIPAL OF THE A STAR GROUP INC. (ALSO NAMED COLLECTIVELY AS "NEW YORK CONSULTANT"), (APPELLANTS) APPLICANTS, -AND- THE PUBLIC UTILITIES BOARD ("PUB"), (RESPONDENT) RESPONDENT.

## Court Hearings (AI10-30-07442)

| Court Date | Court Time | Status | Hearing Type | Notes |
|---|---|---|---|---|
| 18-Nov-2010 | 10:00 | DELETE | COURT OF APPEAL MOTIONS (THURS-10:00) | LEAVE TO APPEAL - PUBLIC UTILITIES BOARD- MOTION DEEMED ABANDONED BY REGISTRAR JULY 23/12 |

## Related Files (AI10-30-07442)

Related Files not found